UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **PAUL DEREK GUIDRY** | **CASE NO.   6:23-CV-01742** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before the Court is an appeal from a denial of benefits by the Commissioner of Social Security.  [Doc. 8].  This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.   After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 12] is correct and adopts the findings and conclusions therein as its own.   Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision denying benefits in this matter is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]   The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

THUS DONE AND SIGNED in Chambers on this 15th day of April 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application.  *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).